UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HUNT, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., as Successor by merger to Wells Fargo Bank Southwest, N.A.; WELLS FARGO HOME MORTGAGE, a division of Wells Fargo Bank, N.A.; and DOES 1 through 50, inclusive;<br><br>Defendants. | No. 2:13-cv-02435-MCE-KJN<br><br><br>**ORDER** |

On March 17, 2014, this Court issued an order (ECF No. 15) dismissing Jason Hunt's ("Plaintiff") Complaint with leave to amend. The Court permitted Plaintiff twenty (20) days in which to file an amended pleading and advised that if no such pleading was filed this case would be dismissed with prejudice upon no further notice to the parties.

///
///
///
///
///

No amended complaint has been filed. Accordingly, this action is now DISMISSED with prejudice in accordance with the Court's prior order. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: May 2, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT